THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN M. FRANCIS et al., Appellants, *v.* JOHN F. CAHILL et al., Constituting the Common Council of the City of Troy, Respondents.

*People ex rel. Francis* v. *Cahill*, 5 App. Div. 570, affirmed.
(Argued February 27, 1899; decided March 14, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered May 29, 1896, affirming on certiorari a deter-

mination of the common council of the city of Troy made in the matter of the designation of official newspapers.

*Lewis E. Griffith* for appellants.

*William J. Roche* for respondents.

Judgment and order affirmed, with costs, on opinion below. All concur.